**Sara L. Gabin**, OSB #81234
Internet E-mail address:  slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
14523 Westlake Drive
Lake Oswego, Oregon, OR 97035-7700
Telephone:  503.620.3171
Fax:  503.620.3365
Attorney(s) for:  Nicholas Nghia Nguyen

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

NICHOLAS NGHIA NGUYEN,

                                         Plaintiff,

             V.

CAROLYN COLVIN, ACTING
COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

                                         Defendant.

Case No.  3:14-cv-413 BR

ORDER  FOR AN AWARD OF
ATTORNEY FEES PUSUANT TO THE
EQUAL ACCESS TO JUSTICE ACT
(EAJA)

Based on the stipulation of the parties and good cause shown, plaintiff is awarded

Equal Access to Justice (EAJA) fees in the amount of $8,029.98.

It is further ordered that if, after receiving the Court's EAJA fee order, the

Commissioner determines upon effectuation of the order that plaintiff does not owe a debt that is

subject to offset under the Treasury Offset Program, requirements of the Anti-Assignment Act

are waived, and the EAJA fees will be made payable to plaintiff's attorney, and delivered to her

at 14523 Westlake Drive, Lake Oswego, OR  97035.

/ / /

ORDER FOR AND AWARD OF ATTORNEY FEES PURSUANT TO
THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

**Page 1**

However, it is further ordered that if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to plaintiff but delivered to plaintiff's attorney.

IT IS SO ORDERED this  <u>23rd</u> day of April, 2015

<u>/s/ Anna J. Brown</u>
ANNA J. BROWN
US DISTRICT COURT JUDGE

APPROVED AS TO FORM:

<u>/s/ SARA L. GABIN</u>
SARA L. GABIN, OSB #812345
Attorney for Plaintiff

<u>/s/ THOMAS ELSBERRY</u>
THOMAS ELSBERRY
Assistant Regional Counsel

ORDER FOR AND AWARD OF ATTORNEY FEES PURSUANT TO
THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

**Page 2**