Sara L. Gabin, OSB #81234
Internet E-mail address: slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
14523 Westlake Drive
Lake Oswego, Oregon, OR 97035-7700
Telephone: 503.620.3171
Fax: 503.620.3365
Attorney(s) for: Nicholas Nghia Nguyen

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

NCHOLAS NGHIA NGUYEN

            Plaintiff,

v.

CAROLYN COLVIN, ACTING
COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

            Defendant.

Case No. 3:14-cv-413 BR

ORDER FOR AN AWARD OF
ATTORNEY FEES PURSUNT TO
42 USC §406 (b))

    Based plaintiff's motion and supporting Memorandum, and considering that defendant finds plaintiff's request reasonable,

    IT IS HEREBY ORDERED that attorney fees pursuant to 42 USC §406 (b) are awarded to SARA L. GABIN, P.C., Attorney at Law, plaintiff's counsel, for $17,307.00.

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER FOR AND AWARD OF ATTORNEY FEES PURSUANT TO
42 USC §406 (b)

Page 1

It is further ordered that 42 USC §406 (b) fees in the amount of $17,307.00 will be made payable to plaintiff's attorney, and delivered to her at 14523 Westlake Drive, Lake Oswego, OR 97035.

IT IS SO ORDERED this 1st day of July, 2015

_____
ANNA J. BROWN
US DISTRICT COURT JUDGE

ORDER FOR AND AWARD OF ATTORNEY FEES PURSUANT TO
42 USC §406 (b)